IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELISSA WILF, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-3012 |
| | § | |
| | § | |
| PDL RECOVERY GROUP, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

In January 2013, the court ordered the plaintiff to file proof of service of this action, which was filed on October 9, 2012. The plaintiff was ordered to file proof of service no later than February 15, 2013 and admonished that failure to do so may lead to the dismissal of this case. The court's docket reflects no further activity. This action is dismissed, without prejudice, for failure to comply with the court's orders and for failure to prosecute.

SIGNED on May 30, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge